**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>Kevin James Hill | COURT CASE NUMBER<br>C17-0042-RAJ-JPD |
|---|---|
| DEFENDANT<br>King County | TYPE OF PROCESS<br>Marshal Service |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Chief Executive of King County
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
King County Chinook Building   401 - 5th Avenue, Suite 800   Seattle, WA 98104

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

U.S. District Court
Western District of Washington
700 Stewart Street, Suite 2310
Seattle, WA 98101

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Please see attached order.

FILED ENTERED
LODGED
MAR 23 2017   DJ
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                    DEPUTY

| Signature of Attorney other Originator requesting service on behalf of:<br>U.S. District Court Clerk's Office | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>206-370-8400 | DATE<br>3/15/17 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 86 | District to Serve<br>No. 86 | Signature of Authorized USMS Deputy or Clerk<br>M Stittner | Date<br>3/15/17 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

| Date | Time | |
|---|---|---|
| 3/22/17 | 1:45 | ☐ am ☒ pm |

Signature of U.S. Marshal or Deputy

| Service Fee<br>65.00 | Total Mileage Charges including endeavors)<br>1.07 | Forwarding Fee<br>n/a | Total Charges<br>66.07 | Advance Deposits<br>n/a | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>n/a   $0.00 |
|---|---|---|---|---|---|

REMARKS:

1 deputy  1 hour  2 miles RT

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>Kevin James Hill | COURT CASE NUMBER<br>C17-0042-RAJ-JPD |
|---|---|
| DEFENDANT<br>King County | TYPE OF PROCESS<br>Marshal Service |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Chief Executive of King County

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
King County Chinook Building   401 - 5th Avenue, Suite 800   Seattle, WA 98104

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

U.S. District Court
Western District of Washington
700 Stewart Street, Suite 2310
Seattle, WA 98101

| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Please see attached order.

FILED   ENTERED
LODGED   RECEIVED

MAR 23 2017  DJ

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

| Signature of Attorney other Originator requesting service on behalf of:<br>U.S. District Court Clerk's Office | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>206-370-8400 | DATE<br>3/15/17 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 | District of Origin<br>No. 86 | District to Serve<br>No. 86 | Signature of Authorized USMS Deputy or Clerk<br>M Stittner | Date<br>3/15/17 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
| Address *(complete only different than shown above)* | Date | Time | ☐ am<br>☐ pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$0.00 |

REMARKS:

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

KEVIN JAMES HILL

*Plaintiff(s)*

v.

KING COUNTY

*Defendant(s)*

Civil Action No. C17-0042-RAJ-JPD

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Chief Executive of King County
King County Chinook Building
401 - 5th Avenue, Suite 800
Seattle, WA  98104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
700 STEWART STREET, SUITE 2310
SEATTLE, WA  98101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____03/15/2017_____

_____
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEVIN JAMES HILL,

          Plaintiff,

v.

KING COUNTY, *et al.*,

          Defendants.

Case No. C17-0042-RAJ-JPD

ORDER DIRECTING PERSONAL SERVICE BY UNITED STATES MARSHAL

This is a civil rights action brought under 42 U.S.C. § 1983. Plaintiff is proceeding with this action *pro se* and *in forma pauperis*. The Court hereby ORDERS as follows:

    (1)    <u>Service by United States Marshal</u>.

The United States Marshal shall personally serve King County by delivering copies of the summons and amended complaint, and copies of this Order, to the Chief Executive of King County in accordance with Rule 4(j)(2) of the Federal Rules of Civil Procedure. The Clerk shall issue summons and assemble the necessary documents to effect this personal service.

ORDER DIRECTING PERSONAL
SERVICE BY UNITED STATES
MARSHAL - 1

(2)     Response to Complaint

Within **thirty (30) days** after service, defendant King County shall file and serve an answer or a motion directed to the amended complaint, as permitted by Rule 12 of the Federal Rules of Civil Procedure.

(3)     Filing and Service by Parties, Generally

All attorneys admitted to practice before this Court are required to file documents electronically via the Court's CM/ECF system. Counsel are directed to the Court's website, www.wawd.uscourts.gov, for a detailed description of the requirements for filing via CM/ECF. All non-attorneys, such as *pro se* parties and/or prisoners, may continue to file a paper original with the Clerk. All filings, whether filed electronically or in traditional paper format, must indicate in the upper right hand corner the name of the magistrate judge to whom the document is directed.

For any party filing electronically, when the total of all pages of a filing exceeds fifty (50) pages in length, a paper copy of the document (with tabs or other organizing aids as necessary) shall be delivered to the Clerk's Office for chambers. The chambers copy must be clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers."

Any document filed with the Court must be accompanied by proof that it has been served upon all parties that have entered a notice of appearance in the underlying matter.

(4)     Motions, Generally

Any request for court action shall be set forth in a motion, properly filed and served. Pursuant to LCR 7(b), any argument being offered in support of a motion shall be submitted as a part of the motion itself and not in a separate document. The motion shall include in its caption

ORDER DIRECTING PERSONAL
SERVICE BY UNITED STATES
MARSHAL - 2

1  (immediately below the title of the motion) a designation of the date the motion is to be noted for
2  consideration upon the Court's motion calendar.
3       Stipulated and agreed motions, motions to file over-length motions or briefs, motions for
4  reconsideration, joint submissions pursuant to the option procedure established in LCR 37(a)(2),
5  motions for default, requests for the clerk to enter default judgment, and motions for the court to
6  enter default judgment where the opposing party has not appeared shall be noted for
7  consideration on the day they are filed. *See* LCR 7(d)(1). All other non-dispositive motions
8  shall be noted for consideration no earlier than the third Friday following filing and service of the
9  motion. *See* LCR 7(d)(3). All dispositive motions shall be noted for consideration no earlier
10 than the fourth Friday following filing and service of the motion. *Id.*
11      For electronic filers, all briefs and affidavits in opposition to either a dispositive or non-
12 dispositive motion shall be filed and served not later than 11:59 p.m. on the Monday
13 immediately preceding the date designated for consideration of the motion. If a party (i.e. a *pro*
14 *se* litigant and/or prisoner) files a paper original, that opposition must be received in the Clerk's
15 office by 4:30 p.m. on the Monday preceding the date of consideration.
16      The party making the motion may file and serve, not later than 11:59 p.m. (if filing
17 electronically) or 4:30 p.m. (if filing a paper original with the Clerk's office) on the date
18 designated for consideration of the motion, a reply to the opposing party's briefs and affidavits.
19      (5)   <u>Motions to Dismiss and Motions for Summary Judgment</u>
20      Parties filing motions to dismiss pursuant to Rule 12 of the Federal Rules of Civil
21 Procedure and motions for summary judgment pursuant to Rule 56 of the Federal Rules of Civil
22 Procedure should acquaint themselves with those rules. As noted above, these motions shall be
23

ORDER DIRECTING PERSONAL
SERVICE BY UNITED STATES
MARSHAL - 3

noted for consideration no earlier than the fourth Friday following filing and service of the motion.

Defendants filing motions to dismiss or motions for summary judge are advised that they MUST serve *Rand* notices concurrently with motions to dismiss based on failure to exhaust administrative remedies and motions for summary judgment so that *pro se* prisoner plaintiffs will have fair, timely and adequate notice of what is required of them in order to oppose those motions. *Woods v. Carey*, 684 F.3d 934, 941 (9th Cir. 2012). The Ninth Circuit has set forth model language for such notices:

> A motion for summary judgment under Rule 56 of the Federal Rules of Civil Procedure will, if granted, end your case.
>
> Rule 56 tells you what you must do in order to oppose a motion for summary judgment. Generally, summary judgment must be granted when there is no genuine issue of material fact – that is, if there is no real dispute about any fact that would affect the result of your case, the party who asked for summary judgment is entitled to judgment as a matter of law, which will end your case. When a party you are suing makes a motion for summary judgment that is properly supported by declarations (or other sworn testimony), you cannot simply rely on what your complaint says. Instead, **you must set out specific facts in declarations, depositions, answers to interrogatories, or authenticated documents, as provided in Rule 56(e),** that contradict the facts shown in the defendant's declarations and documents and show that there is a genuine issue of material fact for trial. If you do not submit your own evidence in opposition, summary judgment, if appropriate, may be entered against you. If summary judgment is granted, your case will be dismissed and there will be no trial.

*Rand v. Rowland*, 154 F.3d 952, 963 (9th Cir. 1998) (emphasis added).

Defendants who fail to file and serve the required *Rand* notice on plaintiff may have their motion stricken from the Court's calendar with leave to re-file.

ORDER DIRECTING PERSONAL
SERVICE BY UNITED STATES
MARSHAL - 4

(6)     <u>Direct Communications with District Judge or Magistrate Judge</u>

No direct communication is to take place with the District Judge or Magistrate Judge with regard to this case. All relevant information and papers are to be directed to the Clerk.

(7)     The Clerk is directed to send copies of this Order to plaintiff and to the King County Prosecutor's Office.

DATED this 14th day of March, 2017.

*James P. Donohue*
JAMES P. DONOHUE
Chief United States Magistrate Judge

ORDER DIRECTING PERSONAL
SERVICE BY UNITED STATES
MARSHAL - 5