UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEVIN JAMES HILL,

                Plaintiff,

v.

KING COUNTY, *et al.*,

                Defendants.

Case No. C17-0042-RAJ-JPD

ORDER DENYING PLAINTIFF'S MOTION TO EXTEND DISCOVERY DEADLINE, BUT EXTENDING DISPOSITIVE MOTION FILING DEADLINE

      This is a civil rights action brought pursuant to 42 U.S.C. § 1983. This matter comes before the Court at the present time on plaintiff's motion for an extension of the discovery deadline. Defendants have filed a response to plaintiff's motion. The Court, having reviewed plaintiff's motion, defendants' response thereto, and the balance of the record, hereby ORDERS as follows:

      (1)    Plaintiff's motion for an extension of the discovery deadline (Dkt. 24) is DENIED. Plaintiff requests in his motion that the discovery deadline be extended from September 25, 2017 to December 24, 2017. However, in defendants' response to plaintiff's motion for extension of time, defendants' counsel represents to the Court that the parties had a

discovery conference on September 11, 2017 during which they agreed that an extension of the discovery deadline was not necessary. (*See* Dkt. 25 at 1; Dkt. 26 at 2.) Counsel further represents that the parties also agreed a 45-day extension of the dispositive motion filing deadline would be appropriate to allow plaintiff time to receive records he had requested, but had not yet received, from Harborview Medical Center and the Department of Corrections. (*See id.*) Plaintiff has not refuted counsel's representations.

Given that plaintiff has apparently not yet received records he deems necessary to his case, the Court deems it appropriate to extend the dispositive motion filing deadline, as agreed by the parties, to allow plaintiff ample time to receive and review those records. Accordingly, the dispositive motion filing deadline is extended from October 25, 2017 to **December 11, 2017**.[1]

(2) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable Richard A. Jones.

DATED this 29th day of September, 2017.

JAMES P. DONOHUE
Chief United States Magistrate Judge

---

[1] Defendants indicate in their response that the agreed upon 45-day extension would result in a new dispositive motion deadline of December 9, 2017. (*See* Dkt. 25 at 2.) However, December 9, 2017 is a Saturday and, thus, the requested 45-day period runs until Monday, December 11, 2017. *See* Fed. R. Civ. P. 6(a)(1)(C).

ORDER DENYING PLAINTIFF'S MOTION TO EXTEND
DISCOVERY DEADLINE, BUT EXTENDING
DISPOSITIVE MOTION FILING DEADLINE - 2