UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEVIN J. HILL,

      Plaintiff,

 v.

KING COUNTY, *et al.*,

      Defendants.

Case No. C17-0042-RAJ-JPD

REPORT AND RECOMMENDATION

   This is a civil rights action filed under 42 U.S.C. § 1983. Plaintiff Kevin Hill filed this action in January 2017 while he was confined at the King County Jail in Seattle, Washington. Plaintiff alleged in his amended civil rights complaint, the operative complaint in this action, that he had been denied treatment for venous insufficiency and edema while confined at the King County Jail, resulting in constant pain and impaired mobility. (Dkt. 7 at 3.) Plaintiff further alleged that he had been denied proper treatment for his glaucoma, resulting in vision loss in one eye. (*See id.*) Plaintiff stated in his request for relief that he was seeking adequate medical care, as well as the costs for eye surgery, an updated eyeglass prescription, and replacement lenses, which he estimated to be approximately $7000.

REPORT AND RECOMMENDATION - 1

Plaintiff's amended complaint was served on defendants in March 2017, and defendants filed a timely answer to the amended complaint in May 2017. (*See* Dkts. 8, 9 and 13.) This Court thereafter issued a scheduling order establishing deadlines for discovery and for the filing of dispositive motions. (Dkt. 14.) Those deadlines were extended in August 2017 to accommodate plaintiff's transfer from King County custody to Washington Department of Corrections custody. (Dkt. 23.) The dispositive motion filing deadline was extended again in September 2017 to permit plaintiff additional time to receive and review records he had requested from Harborview Medical Center and the Department of Corrections. (*See* Dkt. 27.) The current dispositive motion filing deadline is December 11, 2017. (*See id.*)

Plaintiff has now filed a motion to dismiss this action, citing the Court's denial of his request for appointment of counsel, and his inability to obtain necessary medical records or to secure witness interviews without counsel. (*See* Dkts. 28 and 28-1 at 1.) Plaintiff also indicates in his motion that the medical issues raised in this action were resolved once he transferred into the custody of the Washington Department of Corrections. (Dkt. 28-1 at 2.) Defendants have filed no response to plaintiff's motion to dismiss this action.

As plaintiff has indicated his desire to dismiss this action, and defendants have not opposed plaintiff's request, this Court recommends that plaintiff's motion to dismiss be granted, and that this action be dismissed, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(2). A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit by no later than **December 8, 2017**. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motion calendar for the third Friday after they are filed.

REPORT AND RECOMMENDATION - 2

Responses to objections may be filed within **fourteen (14)** days after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **December 15, 2017.**

This Report and Recommendation is not an appealable order. Thus, a notice of appeal seeking review in the Court of Appeals for the Ninth Circuit should not be filed until the assigned District Judge acts on this Report and Recommendation.

DATED this 17th day of November, 2017.

*James P. Donohue*

JAMES P. DONOHUE
Chief United States Magistrate Judge

REPORT AND RECOMMENDATION - 3