UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEVIN J. HILL,

Plaintiff,

v.

KING COUNTY, *et al.*,

Defendants.

Case No. C17-0042-RAJ

ORDER DISMISSING CIVIL RIGHTS COMPLAINT

The Court, having reviewed plaintiff's amended complaint, plaintiff's motion to dismiss, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS:

(1) The Report and Recommendation is approved and adopted.

(2) Plaintiff's motion to dismiss (Dkt. 28) is GRANTED.

(3) Plaintiff's amended complaint (Dkt. 7) and this action are DISMISSED, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(2).

//

//

ORDER DISMISSING CIVIL
RIGHTS COMPLAINT - 1

(4) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable James P. Donohue.

DATED this 20th day of December, 2017.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER DISMISSING CIVIL
RIGHTS COMPLAINT - 2